UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MARTIN CALLOWAY,**

      **Plaintiff,**

v.                 No. 07-CV-664
                   (TJM/DRH)
**FRANK C. DENANE, Director, Corr. Dental
Services; DAWN CRULL, Nurse, Cayuga
Correctional Facility; CANDY BONVINNO;
and TOM NAPOLI,**

      **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

### I. INTRODUCTION

  This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated July 31, 2009 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

  It is therefore,

  **ORDERED** that Defendants' motion for summary (Docket No. 36) is **GRANTED** in

1

all respects, and the claims in this action are **DISMISSED**. The Clerk of the Court is instructed to enter judgment in favor of Defendants and to close the file in this matter.

**IT IS SO ORDERED**

DATED: September 22, 2009

_____
Thomas J. McAvoy
Senior, U.S. District Judge